Peter K. STERN, Petitioner-Appellant,

v.

UNITED STATES of America,
Respondent-Appellee.

No. 17-1139

United States Court of Appeals,
Fourth Circuit.

Submitted: June 27, 2017

Decided: July 14, 2017

Peter K. Stern, Appellant Pro Se.

Before TRAXLER, SHEDD, and
HARRIS, Circuit Judges.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Peter Kay Stern appeals the district
court's orders denying his petition for a
writ of error coram nobis and denying his
motion to alter or amend judgment under
Fed. R. Civ. P. 59(e). We have reviewed
the record and find no reversible error.
Accordingly, we affirm for the reasons
stated by the district court. *Stern v. United States*, No. 1:16-cv-00329-MR, 2016 WL
6986704 (W.D.N.C. Nov. 28, 2016 & Jan.
12, 2017). We deny as moot Stern's motions for final judgment on the pleadings
and to expedite the decision. We dispense
with oral argument because the facts and
legal contentions are adequately presented
in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*